**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CAL PACIFIC FINANCE LLC**                                                                        **PLAINTIFF**

**V.**                                    **CASE NO. 4:06-CV-00747 GTE**

**SOUTHWEST NURSING HOMES, INC.**                                              **DEFENDANT**

**ORDER ADMINISTRATIVELY TERMINATING CASE**

On August 2, 2006, a Stipulation of Settlement was entered into and filed of record between the parties. (Docket no. 14). Pursuant to paragraph 3 of said Stipulation, the Court agreed to retain jurisdiction to enforce the Stipulation. In so agreeing, the Court did not intend to leave the case open indefinitely. The Court is willing to continue to retain jurisdiction to enforce the Stipulation of Settlement for a specified period of time, but the Court is unwilling to leave this case pending on its docket indefinitely for no reason other than the possibility that the Court might be called upon in the future to resolve an issue related to the enforcement of the settlement.

Accordingly, the Court concludes that this matter should be, and it is hereby, administratively terminated. The Clerk is directed to administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the sole purpose of enforcing the Stipulated Settlement. Provided, however, that if no motion to reopen is filed prior to April 20, 2007, then this order shall be deemed a dismissal without prejudice of all claims made in this case.

IT IS SO ORDERED this 30th day of October, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE